**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD THOMAS,<br><br>        Petitioner,<br><br>  vs.<br><br>McEWEN, WARDEN,<br><br>        Respondent. | CASE NO. ED CV 10-00743 AHM (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of MARK EDWARD THOMAS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: November 22, 2010

**JS-6**

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE